UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
LOUIS GIACONELLI,

                            Plaintiffs,                              **AFFIDAVIT OF SERVICE**
                                                                                    OF SUMMONS AND COMPLAINT
                 - against -

THE CITY OF NEW YORK and AMEC CONSTRUCTION            08 CIV 6410
MANAGEMENT, INC., et al.


                                        Defendants.
------------------------------------------------------X
STATE OF NEW YORK, COUNTY OF NEW YORK) SS.:
    The undersigned, being duly sworn, deposes and says:

    Deponent is not a party herein, is over 18 years of age with a business address at 120 Broadway, New York, New York 10271.

    That on July 21, 2008 at 11:19 A.M. at 100 Church Street, New York, NY 10007, deponent served the within **SUMMONS AND COMPLAINT** on: THE CITY OF NEW YORK

___ Individual        By delivering a true copy of each to said defendant personally. Deponent knew the person so served to be the person described as said defendant therein.

x  Corporation      A  municipal  corporation, by delivering thereat a true copy of each to AmandaGonzalez personally. Deponent knew said corporation so served to be the corporation in said **SUMMONS AND COMPLAINT** as said defendant and knew said individual to be the docketing clerk thereof.

___ Suitable Age
    Person        By delivering thereat a true copy of each to _____, a person of suitable age and discretion. Said premises is defendant's - actual place of business - dwelling place - usual place of abode within the state.

___ Affixing to
    Door, etc.      By affixing a true copy of each to the door of said premises, which is defendant's actual place of business - dwelling place - usual place of abode - within the state. Deponent was unable, with due diligence, to find defendant or a person of suitable age and discretion thereafter, having called there _____.

___ Mailing to
    Residence     Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known residence at _____ and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

___ Mailing to
    Business      Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly addressed to defendant at defendant's actual place of business at _____ in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

___ Male    ___ White Skin   X Black Hair   ___ White Hair   ___ 14-20 Yrs.   ___ Under 5'   ___ Under 100 Lbs.
X Female  ___ Black Skin   ___ Brown Hair  ___ Balding     X 21-35 Yrs.   ___ 5'0"-5'3"  x 100-130 Lbs.
          ___ Yellow Skin  ___ Blond Hair  ___ Mustache   ___ 36-50 Yrs.  X 5'4"-5'8"  ___ 131-160 Lbs.
          X Brown Skin   ___ Gray Hair   ___ Beard      ___ 51-65 Yrs.  ___ 5'9"-6'0"  ___ 161-200 Lbs.
          ___ Red Skin    ___ Red Hair    ___ Glasses    ___ Over 65 Yrs.  ___ Over 6'    ___ Over 200 Lbs.
Other Identifying features: _____
USE IN NYC CIVIL
COURT - MILITARY
SERVICE        The words "CONSUMER CREDIT TRANSACTION" were properly displayed at the top of the summons(es) and the additional legend was printed in not than 12 point bold upper case on the summons(es) pursuant to 22 NYCRR Section 208.6(d) and (f). I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above named. Upon information and belief, I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal Statutes.

SWORN TO BEFORE ME THIS
22nd day of July, 2008

_____
Notary Public
DYLENE SCHIFANDO
Commissioner of Deeds
No. 5-1402
Certificate Filed in New York County
Commission Expires June 19, 6/1/09

                                                                       KENNETH GRAHAM
                                                                       License No: 0980098